UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| JASON LEOPOLD, *et al.*,<br><br>      Plaintiffs,<br><br>    v.<br><br>NATIONAL ARCHIVES AND RECORDS ADMINISTRATION,<br><br>      Defendant. | Civil Action No. 25-04428 (CRC) |

## **ANSWER**

Defendant the National Archives and Records Administration ("NARA"), by and through the undersigned counsel, respectfully submits the following Answer to Plaintiffs' Complaint, in this Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, action (ECF No. 1).

To the extent the Complaint refers to or quotes from external documents, statutes, or other sources, NARA may refer to such materials for their accurate and complete contents in response; however, NARA's references are not intended to be, and should not be construed to be, an admission that the cited materials are: (a) correctly cited or quoted by Plaintiffs; (b) relevant to this, or any other action; or (c) admissible in this, or any other, action. NARA expressly denies all allegations in the Complaint including the relief sought, that are not specifically admitted to or otherwise qualified in this Answer. NARA responds to the Complaint as follows, in correspondingly numbered paragraphs:

1. This paragraph consists of Plaintiffs' characterization of the action, not factual allegations to which a response is required. To the extent a response is deemed required, Defendant admits only that Plaintiffs bring this action pursuant to the FOIA.

**PARTIES**

2.      The allegations in this paragraph are Plaintiffs' characterization of itself to which no response is required.  To the extent a response is deemed required, Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained within this paragraph.

3.      The allegations in this paragraph are Plaintiffs' characterization of itself to which no response is required.  To the extent a response is deemed required, Defendant lacks knowledge or sufficient information to form a belief about the truth of the allegations contained within this paragraph.

4.      NARA admits that it is a federal agency. The remaining allegation in this paragraph consists of a legal conclusion, not a factual allegation to which a response is required.

## JURISDICTION AND VENUE

5.      This paragraph does not contain allegations of fact but rather conclusions of law regarding jurisdiction, to which no response is required.  To the extent a response is deemed required, Defendant admits that the Court has jurisdiction over claims involving proper FOIA requests, subject to the terms and limitations of the FOIA.

6.      This paragraph does not contain allegations of fact but rather conclusions of law regarding venue, to which no response is required.  To the extent a response is deemed required, Defendant admits that venue lies in this judicial district for a proper claim under FOIA.

## JANUARY 30, 2025 FOIA REQUEST TO NARA

7.      Admit that on January 30, 2025, Plaintiffs submitted a FOIA request to NARA. Defendant respectfully refers the Court to the request for a full and accurate statement of its contents.

8.      Admit.

9.      Admit.

10.     Admit.

11.     Admit.

12.     Admit that as of the date of Plaintiffs' Complaint, NARA did not send any further correspondence to Plaintiffs regarding this request.

13.     Admit that as of the date of Plaintiffs' Complaint, NARA did not issue a final determination on Plaintiffs' request.

14.     Admit that as of the date of Plaintiffs' Complaint, NARA did not make any records available to Plaintiffs.

### FEBRUARY 6, 2025 FOIA REQUEST TO NARA

15.     Admit that on February 6, 2025, Plaintiffs submitted a FOIA request to NARA. Defendant respectfully refers the Court to the request for a full and accurate statement of its contents.

16.     Admit.

17.     Admit.

18.     Admit.

19.     Admit.

20.     Admit.

21.     Admit.

22.     Admit that as of the date of Plaintiffs' Complaint, NARA did not send any further correspondence to Plaintiffs regarding this request.

23.     Admit that as of the date of this filing, NARA has not issued a determination on Plaintiffs' request.

24.     Admit that as of the date of this filing, NARA has not made any responsive records available to Plaintiffs.

<strong>AUGUST 26, 2025 FOIA REQUEST TO NARA</strong>

25.     Admit that on August 26, 2025, Plaintiffs submitted a FOIA request to NARA. NARA respectfully refers the Court to the request for a full and accurate statement of its contents.

26.     Admit.

27.     Admit.

28.     Admit that on November 26, 2025, NARA acknowledged receipt of the FOIA request and stated that it was "forwarding you directly to NARA's Office of Inspector General for direct response to you."

29.     This paragraph consists of legal conclusions, not factual allegations to which a response is required. NARA avers that it forwarded the FOIA request to the NARA Office of Inspector General to respond directly to the Plaintiff.

30.     This paragraph consists of legal conclusions, not factual allegations to which a response is required.  NARA avers that it forwarded the FOIA request to the NARA Office of Inspector General to respond directly to the Plaintiff.

31.     This paragraph consists of legal conclusions, not factual allegations to which a response is required.  NARA avers that it forwarded the FOIA request to the NARA Office of Inspector General to respond directly to the Plaintiff.

<strong>COUNT I – NARA'S FOIA VIOLATION<br>JANUARY 30, 2025 FOIA REQUEST TO NARA</strong>

32.     NARA incorporates by reference its responses to the foregoing paragraphs as if fully restated herein.

33. This paragraph consists of legal conclusions, not factual allegations to which a response is required.

34. Admit that NARA is a federal agency subject to FOIA.

35. This paragraph consists of legal conclusions, not factual allegations to which a response is required.

36. This paragraph consists of legal conclusions, not factual allegations to which a response is required.

37. This paragraph consists of legal conclusions, not factual allegations to which a response is required.

38. This paragraph consists of legal conclusions, not factual allegations to which a response is required.

**COUNT II – NARA'S FOIA VIOLATION**
**FEBRUARY 6, 2025 FOIA REQUEST TO NARA**

39. NARA incorporates by reference its responses to the foregoing paragraphs as if fully restated herein.

40. This paragraph consists of legal conclusions, not factual allegations to which a response is required.

41. Admit that NARA is a federal agency subject to FOIA.

42. This paragraph consists of legal conclusions, not factual allegations to which a response is required.

43. This paragraph consists of legal conclusions, not factual allegations to which a response is required.

44. This paragraph consists of legal conclusions, not factual allegations to which a response is required.

45. This paragraph consists of legal conclusions, not factual allegations to which a response is required.

## COUNT III – NARA'S FOIA VIOLATION
## AUGUST 26, 2025 FOIA REQUEST TO NARA

46. NARA repeats its answers to the foregoing paragraphs.

47. This paragraph consists of legal conclusions, not factual allegations to which a response is required.

48. Admit that NARA's Office of Inspector General is subject to FOIA. Under the Inspector General Act of 1978, as amended, NARA's Office of Inspector General is an independent and objective unit within the agency. 5 U.S.C. app. § 2.

49. This paragraph consists of legal conclusions, not factual allegations to which a response is required.

50. This paragraph consists of legal conclusions, not factual allegations to which a response is required.

51. This paragraph consists of legal conclusions, not factual allegations to which a response is required.

52. This paragraph consists of legal conclusions, not factual allegations to which a response is required.

The remainder of the complaint contains Plaintiffs' requested relief, not factual allegations to which a response is required. To the extent that a response is deemed required, deny that Plaintiffs are entitled to the requested relief, or to any relief whatsoever.

NARA hereby denies all allegations in the Complaint not expressly admitted or denied.

### DEFENSES

6

In further response to the Complaint, Defendant raises the following defenses.  Defendant respectfully reserves the right to amend, alter, and supplement the defenses contained in this Answer as the facts and circumstances giving rise to the Complaint become known to Defendant throughout the course of this litigation.

## FIRST DEFENSE

The Court lacks subject matter jurisdiction over Plaintiffs' requests for relief that exceed the relief authorized under FOIA, 5 U.S.C. § 552.

## SECOND DEFENSE

Plaintiffs are not entitled to compel production of any records that FOIA exempts from disclosure.

## THIRD DEFENSE

At all times alleged in the Complaint, Defendant acted in good faith, with justification, and pursuant to authority.

## FOURTH DEFENSE

Plaintiffs are not entitled to declaratory relief. 5 U.S.C. § 552(a)(4)(B).

## FIFTH DEFENSE

Plaintiffs are neither eligible for nor entitled to an award of attorneys' fees or costs in this action.

## SIXTH DEFENSE

Portions of Plaintiffs' FOIA request fail to adequately describe the records sought, and other portions are overbroad and unduly burdensome, requiring extensive, non-targeted searches and disproportionate diversion of agency resources in contravention of the FOIA.

*      *      *

Dated: February 27, 2026

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

/s/      *Zachariah Lindsey*
ZACHARIAH LINDSEY, DC BAR #1766679
Assistant United States Attorney
U.S. Attorney's Office, Civil Division
601 D Street, N.W.
Washington, DC 20530
(202) 445-3658
Zachariah.Lindsey@usdoj.gov

*Attorneys for the United States of America*